## UNDERLYING FACTS & CIRCUMSTANCE

### *Kidnapping*
### *97-5-53*
### *Burglary of an Occupied Dwelling*
### *97-17-23*
### *2019-091019*

*My name is Detective Terrence Jackson and I am employed with the Jackson Police Department. I am currently assigned to the Robbery /Homicide Division in the capacity of my assignment. I have had the opportunity to work various crimes against persons to include the crime of Kidnapping & Burglary of an Occupied Dwelling.*

*On Tuesday June 25, 2019, Officers responded to 3420 Shady Oak. In reference to a Kidnapping & Burglary of an Occupied Dwelling.*

*Upon arrival Officers made contact with a black female identified as Virgie Hunt who stated while she was placing trash in the trash can in her backyard a black male later identified as Tommy Sheriff grabbed her, drugged her up the stairs and used her to ram the backdoor open. Sheriff then forced her to the rear of her home while attempting to pull off her clothes. Mrs. Hunt was able to hit sheriff with a vase and escape out the front door.*

*Mrs. Hunt was shown a non suggestive (6) man line up where she identified Sheriff as the individual that committed the above crimes against her.*

*Based on this information & belief, I, Detective Terrence Jackson, respectfully request to sign Affidavit and a Bench Warrant issued for the arrest of Tommy Lee Sheriff for the crime of Kidnapping & Burglary of an Occupied Dwelling.*

Det. Terrence Jackson
*On information & belief*

