## City of Jackson, Mississippi Police Department
## Narrative/Supplementary Report Form

[X] **Continuation of Original**
[ ] **Supplement**

Case Number  2019-091019

**Narrative Headings**  [ ] Circumstances of Incident  [ ] Witness/ Interviews  [ ] Investigative Follow-up  [ ] Status /Recommendations  [ ] Synopsis

| 61 - Complainant Virgie Mae Hunt | Charge House Burglary, Attempted Rape, Simple Assault | Date &Time 6/25/19  1824 hours |
|---|---|---|

### Continuation, Narrative and Witness Statement

On 6-25-19 I, Ofc. M. Smith IBM 2452, was dispatched to 3420 Shady Oak St., in reference to a possible house burglary. Upon my arrival, I made contact with Mrs. Virgie Mae Hunt (B/F 5/17/1936). Mrs. Hunt stated that she was taking out her garbage to the back yard. Virgie Hunt stated that as she was walking back into her house through her back door, she noticed that her trapdoor that goes under her house was moved. She stated that she went and put it back up, but as she walked back to her back door a black man grabbed her by the back of her neck and forced her into her home. The black male forcefully pushed her onto the kitchen floor and tore her pants in the front and pulled her shirt off. Virgie Hunt then stated that the man then pulled her across the kitchen floor into the hallway and hit her in the face with a closed fist about 3 times. Virgie Hunt then stated that she was telling the man to stop and to get out of her house. She then stated that she pushed the man off of her and he ran out of the back door and ran in a unknown direction.

AMR was called to the scene for medical attention. Ms. Hunt had no visible bruises, and Ms. Hunt refused to be transported to the hospital for treatment or medical attention at the scene. Ms. Hunt stated that the man did not penetrate her. There was no signs of a struggle inside of the house or any signs of anything being taken from the house.

Inv. S. Horn IBM 1996 of Mobile Crime was called to the location. Other Officers arrived to canvass the location looking for a black male about 6'0 to 6'2 medium built brown complexion with old blue jeans and a button down white shirt.

No suspect information is available at the present time.

63 - Complaint/Witness Signature (When Used as Complainant/Witness Statement Form)

| 64 - Closure Code | Closure Date | Reporting Officer Signature & IBM Miron B. Smith  #2452 | Supervisor Signature | Date |
|---|---|---|---|---|



EXHIBIT
B