## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF HINDS COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**                                                            **CAUSE NO. 20-119**

**TOMMY LEE SHERIFF**                                              **DEFENDANT**

### MOTION TO REMAND

COMES NOW, the State of Mississippi, by and through the Office of the District Attorney, and moves this Honorable Court to remand the above captioned case, and in support thereof would assert the following, to-wit:

1.      Tommy Lee Sheriff was indicted by a Hinds County Grand Jury on February 7, 2020, on the charges of Kidnapping and House Burglary.

2.      The indictment alleges that on June 25, 2019, at 3420 Shady Oak Drive, Tommy Lee Sheriff did forcibly seize and confine 83 year old Virgie Hunt against her will, after breaking into the dwelling of Virgie Hunt.

3.      This case is set for trial March 8, 2021.

4.      In preparation for trial the State has met multiple times with now 84 year old Virgie Hunt. The first meeting was October 28, 2020. The second meeting was December 8, 2020. The third meeting was February 26, 2021. Each time Ms. Hunt described in great detail the events that are alleged to have occurred June 25, 2019 at her home. Her recollection of the events were consistent with the reports in the case file.

5.      On Monday, March 1, 2021, Ms. Hunt reportedly called Assistant Public Defender Lauren Hillary. That call was recorded by APD Hillary and was provided to the State. In that recording Ms. Hunt states that she has dementia and does not remember the



events for which she is being subpoenaed to testify the week of March 8.

6.    The State contacted Ms. Hunt at which time Ms. Hunt stated that she did not wish to testify in this matter. She stated that she is ill, confined to her bed and unable to walk. She was told that without her testimony Tommy Lee Sheriff would be released. Her response, "Release him".

At this time the State has insufficient evidence to prove the case and is asking this Honorable Court to remand this cause in the interest of justice.

Respectfully submitted, this the 3rd day of March, 2021.

BY: _____
Sue M. Perry, Assistant District Attorney

## CERTIFICATE OF SERVICE

I, Sue M. Perry, do hereby certify that I have this day caused to be filed on MEC this Motion to Remand, which filing delivered a true copy to Lauren Hillary.

This the 3rd day of March, 2021.

_____
Sue M. Perry, MSB# 102685