IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TOMMY LEE SHERIFF,
                    Plaintiff

v.                                          Civil No. 3:22-cv-00392-TSL-RPM

CITY OF JACKSON, et al.
                    Defendants

---

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT JAMES E. DAVIS' MOTION TO DISMISS [29]

---

Plaintiff, Tommy Lee Sheriff, by and through undersigned counsel, responds in opposition to Defendant James E. Davis' Motion to Dismiss [29], and in support thereof, adopts and incorporates his Memorandum of Authorities, filed contemporaneously herewith, and further states as follows:

1. Plaintiff's allegations, taken as true, establish a constitutional violation, and further establish that the actions of James E. Davis violated "clearly established" constitutional rights of which a reasonable officer would have known.

2. Plaintiff's allegations further establish a plausible claim for relief under 42 U.S.C. §§ 1985 and 1986.

3. Accordingly, dismissal at this stage of the proceeding would be premature.

Wherefore, premises considered, Plaintiff respectfully submits that Defendant James E. Davis' Motion to Dismiss should be denied, with prejudice.

1

Dated: June 20, 2023.

Respectfully Submitted,

**TOMMY LEE SHERIFF**

By: *s/ William C. Coon*

William C. Coon – MS Bar # 103857
william@thompsonaddison.com
Thompson Addison, pllc
2060 Main Street
Madison, MS 39110
Phone: 601.850.8000
Fax: 601.499.5219

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, I electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*s/ William C. Coon*
