SHERIFF, TOMMY
SHERIFF, TOMMY LEE  (AKA)
SHERIFF, TONEY  (AKA)
SHERIFF, TONY  (AKA)
SHERRIF, TOMMY  (AKA)

Subject Description

FBI Number
330812HA6
Social Security Number
426152343
427152342
426152342
425152342
426252342


Sex                      Race
Male                     Black

Height                   Weight              Date of Birth
5'06"                    132                 1968-08-29
                                             1969-03-26
                                             1968-08-28

Hair Color               Eye Color           Fingerprint Pattern
Black                    Brown               PMPMPODO16PODO20DI15 (FPC)

Scars, Marks, and Tattoos
Code                     Description, Comments, and Images
SC L EYE                 , SCAR ON LEFT EYEBROW OR EYE AREA
TAT CHEST                , TATTOO ON CHEST
TAT L SHLD               , TATTOO ON LEFT SHOULDER
TAT L ARM                , TATTOO ON LEFT ARM
SC R FGR                 , SCAR ON FINGER(S) OF RIGHT HAND
SC R EYE                 , SCAR ON RIGHT EYEBROW OR EYE AREA
SC L HND                 , SCAR ON LEFT HAND


Place of Birth           Citizenship
Mississippi              United States

Fingerprint Images

Photo Images
Photo Image Available
Capture Date                        1989-08-24
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                        1990-05-09
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                        1991-01-02
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                        1991-02-07
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                        1991-08-11
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                        1992-08-21

EXHIBIT
B