| GENERAL ORDER | ISSUE DATE: November 1, 2015<br>Revised July 18, 2016 | NO. 600-30 |
|---|---|---|
| JACKSON POLICE DEPARTMENT | REFERENCE:<br><br>Supersedes all prior departmental<br>directives on this subject. | |
| SUBJECT:   EYEWITNESS IDENTIFICATION | | 4.7 |

## I.   PURPOSE

The purpose of this directive is to provide procedures and guidelines for using lineups in establishing reliable eyewitness identification testimony by a witness.

## II.   POLICY

Members of the public, including media representatives, have an unambiguous First Amendment right to record officers in public places, as long as their actions do not interfere with the officer's duties or the safety of officers or others. Officers should assume that they are being recorded at all times when on duty in a public space.

## III.   DEFINITIONS

*Eyewitness:* A person whose identification by sight of another person may be relevant in a criminal proceeding.

*Photo Lineup:* An identification procedure in which an array of photographs is displayed to an eyewitness for the purpose of determining if the eyewitness is able to identify the perpetrator of a crime.

*Filler:* A person or photograph of a person who is not suspected of an offense and is included in a lineup.

*On-Scene Identification:* The presentation of one suspect to an eyewitness in a short time frame and usually in close proximity following commission of a crime.

*Live Lineup:* An identification procedure in which a group of similar persons is displayed to an eyewitness for the purpose of determining if the eyewitness is able to identify the perpetrator of a crime.

COJ SHERIFF000001



| General Order # 600-30 | Issue Date: November 1, 2015<br>Revised July 18, 2016 | Page # 2 |
|---|---|---|

## IV. PROCEDURES

### A. Line-up Composition 4.7a

1. A photo lineup will consist of six people, one suspect and five fillers.
2. The photo of the suspect will be contemporary and to the extent practicable, will resemble the suspect's appearance at the time of the offense.
3. All fillers should generally resemble the eyewitness' description of the suspect.
4. Only one suspect will be included in each lineup. If there are multiple suspects, a separate lineup for each shall be created.
5. If there are multiple eyewitnesses, the suspect photo will be placed in different positions in lineups for each eyewitness.

### B. Eyewitness Instructions 4.7b

Prior to a lineup, the detective conducting the lineup shall advise the eyewitness that:

1. The suspect may or may not be in the lineup.
2. The eyewitness should not feel compelled to make an identification.
3. It is important to exclude innocent persons as it is to identify the suspect.
4. The investigation will continue whether or not an identification is made.

### C. Communication Barriers 4.7c

Individuals having difficulty communicating via language, deaf, or illiteracy will have the following provided:

a. Individuals having difficulty communicating because of a language barrier will be provided assistance through Catholic Charities via dispatch.
b. Individuals who are deaf may correspond in writing or with a sign language interpreter with assistance though Catholic Charities via dispatch.
c. Individuals who are illiterate may have instructions communicated to them verbally.

| General Order # 600-30 | Issue Date: November 1, 2015<br>Revised July 18, 2016 | Page # 3 |
| --- | --- | --- |

### D. On- Scene Identification 4.7d

On-Scene identifications will be conducted with one eyewitness present whenever possible. Multiple eyewitnesses or victims will be separated and complete the on-scene identification one at a time. If multiple eyewitnesses are available and one makes a positive identification, the remaining eyewitnesses will be reserved for other identification purposes.

On-Scene identifications will only be used when circumstances require the prompt display of a single suspect to an eyewitness. On-Scenes may be appropriate when:

a. A suspect is located and detained within close proximity in time and location to the crime.

b. If there is not sufficient probable cause for arrest.

c. Immediate public safety concerns exist.

d. The eyewitness is readily available to view the suspect.

### E. Live Lineups

The Jackson Police Department does not conduct live lineups.

Lee Vance
Chief of Police

7/19/16

Date

COJ SHERIFF000003