**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

TOMMY LEE SHERIFF,
                Plaintiff

v.

CITY OF JACKSON, MISSISSIPPI, ET AL.
                Defendants

Civil No. <u>3:22-cv-00392-TSL-RPM</u>

## **STIPULATION OF DISMISSAL**

NOW COME**,** the parties in the above-entitled action, by and through their attorneys of

record, and hereby stipulate and agree to the dismissal of all claims against defendant Sheriff Lee D.

Vance.  The parties understand that by this stipulation those claims will be dismissed with prejudice.

AGREED AND SUBMITTED, Thursday, October 12, 2023,

<u>/s/ *William C. Coon*</u>
William C. Coon, ESQ. (MSB# 103857)
ROBERT ADDISON, ESQ. (MSB# 1152)
MATTHEW THOMPSON, ESQ. (MSB# 101901)
Thompson and Addison, pllc
2060 Main Street
Madison, Ms 39110
Phone: 601.850.8000
Fax: 601.499.5219
      *Attorneys for Plaintiff*

<u>/s/ *William R. Allen*</u>
WILLIAM R. ALLEN, ESQ. (MSB# 100541)
KATELYN A. RILEY, ESQ. (MSB# 105115)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
PO Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647