```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

TOMMY LEE SHERIFF                                        PLAINTIFF

VS.                              CIVIL ACTION NO. 3:22-cv-392-TSL-RPM

CITY OF JACKSON, MISSISSIPPI, ET AL.                    DEFENDANTS

<u>ORDER</u>

This cause is before the court on the motion of defendant Hinds County, Mississippi for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Plaintiff Tommy Lee Sheriff has not responded to the motion. The court, having considered the memoranda of authorities submitted by Hinds County, concludes that the motion should be granted.

Sheriff was arrested in July 2019 by officers with the Jackson Police Department and jailed on charges of house burglary and kidnapping. He remained in jail for approximately twenty months awaiting trial, until March 2021, when the charges were dismissed. Sheriff filed the present § 1983 present action, asserting claims against the City of Jackson and various members of the Jackson Police Department (City defendants) for false arrest/imprisonment, among other claims, and against Hinds County and present and former Hinds County sheriffs (County defendants),

1

for unconstitutional conditions of confinement, among other claims.  The claims against all the City defendants and against the sheriffs named in the complaint have been dismissed, leaving Hinds County as the sole remaining defendant.  However, for all the reasons set forth in Hinds County's motion and supporting brief, it is apparent the complaint does not state a viable claim for relief against Hinds County.  See Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007) (to satisfy Rule 8 pleading standard and survive a motion to dismiss under Rule 12(b)(6), the complaint must contain sufficient facts to demonstrate a plausible claim).

Accordingly, it is ordered that Hinds County's motion for judgment on the pleadings is granted.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 30th day of November, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE