UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TOMMY LEE SHERIFF                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:22-cv-392-TSL-RPM

CITY OF JACKSON, MISSISSIPPI, ET AL.                          DEFENDANTS

## JUDGMENT

In accordance with the court's orders entered this date and on November 11, 2022, September 6, 2023 and October 16, 2023, and the stipulation of dismissal entered October 12, 2023, it is ordered and adjudged that this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 30th day of November, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1